#18

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

MAR 12 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GEORGE MATA, JR. | § § § § | |
| | § | CIVIL ACTION NO. B-97-084 |
| VS. | § § | CRIMINAL NO. B-89-321 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER

Before the Court is Petitioner George Mata, Jr.'s ("Mata") Petition for Leave to File for Expansion of the Record under Rule 7 (Docket No. 17) in the above-referenced cause of action. Petitioner Mata requests to supplement the appellate record in his pending action related to the above-referenced case with the transcript of the June 24, 1986 Hearing on Defendant's Plea of Guilty.

Upon review of the Petition and the case file, the court finds that the Petition for Leave to File for Expansion of the Record should be **GRANTED**.

IT IS THEREFORE **ORDERED**, that Petitioner George Mata, Jr.'s Petition for Leave to File for Expansion of the Record be **GRANTED**.

IT IS FURTHER **ORDERED**, that the Clerk of the United States District Court for the Southern Distict of Texas, Brownsville Division issue to the Fifth Circuit the transcript of the June 24, 1986 Hearing on Defendant's Plea of Guilty so as to supplement the record in

Petitioner's appeal related to the above-referenced case.

SIGNED this __11__ day of __MARCH__, 1999.

John Wm. Black
United States Magistrate Judge