

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 4 2001

Michael N. Milby
Clerk of Court

George Mata Jr.,
        Petitioner,

v.

CV: B-97-084
B-89-321

United States of America,
        Defendant.

## NOTICED TO THE COURT OF
## PETITIONER'S CHANGE OF ADDRESS

Now comes, Petitioner, George Mata Jr., pro se, to notify this Honorable Court of Petitioner's change of address complying by this courts rules. Petitioner states the following changes.

1. Petitioner was released to a Community Correctional Center on the 18th of October, 2001;

2. Petitioner may be contacted at: George Mata Jr, 44473-079, P.O. Box 215, Weslaco, Texas, 78596.

# CERTIFICATE OF SERVICE

*I hereby certify that on this date of Notice to the Court of Petitioner's address change. In compliance with court rules.*

Date: November 11, 2001.

Respectfully Submitted,

*George Mata Jr, 44473079*  PRO-se
P.O. Box 215
Weslaco, Texas 78596
(956) 498-4153
gmata66@hotmail.com